

FILED
SEP 18 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Sept 18, 2023

UNITED STATES OF AMERICA

v.

GEORGES GERMAIN,
TARSHA GLENN, and
MICHAEL WILKS

No. 1:23-cr-00495
Judge Sara L. Ellis
Magistrate Judge Sunil R. Harjani

Violations: Title 21, United States Code, Sections 841(a)(1) and 846

## COUNT ONE

The SPECIAL MAY 2022 GRAND JURY charges:

Beginning no later than in or about February 2, 2017, and continuing until at least on or about January 27, 2021, at Chicago, in the Northern District of Illinois, and elsewhere,

GEORGES GERMAIN,
TARSHA GLENN, and
MICHAEL WILKS,

defendants herein, did conspire with each other, Individual A, Individual B, and Individual C, and others known and unknown to the Grand Jury, to knowingly and intentionally dispense controlled substances, namely, a quantity of a mixture and substance containing amphetamine, a Schedule II Controlled Substance; and a quantity of a mixture and substance containing alprazolam, a Schedule IV Controlled Substance, outside of the usual course of professional practice and without a legitimate medical purpose, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21 United States Code, Section 846.

## COUNT TWO

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about December 11, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

> GEORGES GERMAIN and
> TARSHA GLENN,

defendants herein, did knowingly and intentionally dispense to M.W. a controlled substance, namely, a quantity of a mixture and substance containing amphetamine, a Schedule II Controlled Substance, and a quantity of a mixture and substance containing alprazolam, a Schedule IV Controlled Substance, outside of the usual course of professional practice and without a legitimate medical purpose;

In violation of Title 21, United States Code, Section 841(a), and Title 18, United States Code, Section 2.

## **COUNT THREE**

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about December 11, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

GEORGES GERMAIN and<br>TARSHA GLENN,

defendants herein, did knowingly and intentionally dispense to J.P. a controlled substance, namely, a quantity of a mixture and substance containing amphetamine, a Schedule II Controlled Substance, and a quantity of a mixture and substance containing alprazolam, a Schedule IV Controlled Substance, outside of the usual course of professional practice and without a legitimate medical purpose;

In violation of Title 21, United States Code, Section 841(a), and Title 18, United States Code, Section 2.

## COUNTS FOUR THROUGH TWENTY

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about the dates listed below, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

GEORGES GERMAIN,

defendant herein, did knowingly and intentionally dispense a controlled substance, namely, a quantity of a mixture and substance containing amphetamine, a Schedule II Controlled Substance, and a quantity of a mixture and substance containing alprazolam, a Schedule IV Controlled Substance, outside of the usual course of professional practice and without a legitimate medical purpose, each such instance being a separate Count of this Indictment:

| COUNT | DATE | CONTROLLED SUBSTANCE | PATIENT |
|---|---|---|---|
| 4 | December 15, 2017 | 60 tabs of amphetamine 30 mg | J.C. 1 |
| 5 | March 19, 2018 | 60 tabs of amphetamine 30 mg | J.C. 1 |
| 6 | July 17, 2018 | 60 tabs of amphetamine 30 mg | J.C. 1 |
| 7 | July 17, 2018 | 60 tabs of amphetamine 30 mg | J.C. 2 |
| 8 | August 23, 2018 | 60 tabs of amphetamine 30 mg | J.C. 1 |
| 9 | September 25, 2018 | 60 tabs of amphetamine 30 mg | J.C. 2 |
| 10 | September 25, 2018 | 30 tabs of alprazolam 2 mg | J.C. 2 |
| 11 | October 29, 2018 | 60 tabs of amphetamine 30 mg | J.C. 2 |
| 12 | October 29, 2018 | 30 tabs of alprazolam 2 mg | J.C. 2 |
| 13 | January 14, 2020 | 60 tabs of amphetamine 30 mg | M.W. |
| 14 | January 14, 2020 | 60 tabs of alprazolam 2 mg | M.W. |
| 15 | January 14, 2020 | 60 tabs of amphetamine 30 mg | J.P. |
| 16 | January 14, 2020 | 60 tabs of alprazolam 2 mg | J.P. |
| 17 | March 18, 2020 | 60 tabs of amphetamine 30 mg | M.W. |

| 18 | March 18, 2020 | 60 tabs of alprazolam 2 mg | M.W. |
| 19 | March 18, 2020 | 60 tabs of amphetamine 30 mg | J.P. |
| 20 | March 18, 2020 | 60 tabs of alprazolam 2 mg | J.P. |

In violation of Title 21, United States Code, Section 841(a), and Title 18, United States Code, Section 2.

## COUNT TWENTY-ONE

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about December 11, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### MICHAEL WILKS,

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing amphetamine, a Schedule II Controlled Substance, and a quantity of a mixture and substance containing alprazolam, a Schedule IV Controlled Substance;

In violation of Title 21, United States Code, Section 841(a).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2022 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, as set forth in this Indictment, defendant GEORGES GERMAIN shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Sections 853(a).

2. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
Erika L. Csicsila on behalf of the
ACTING UNITED STATES ATTORNEY